IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JUAN VEGA, JR.                                                    PLAINTIFF

v.                          No. 03-5216

NURSE SUE MCDONALD, et al.                                       DEFENDANTS

### ORDER

Now on this 30th day of November 2005, comes on for consideration the report and recommendation filed herein on November 1, 2005, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 29.) Plaintiff has not filed any objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the defendant's **Motion for Summary Judgment (Doc. 23)** is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE